

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-20-00330-CV

---

**LAKESHIA WELLS, APPELLANT**

V.

**THE BARATANG IRREVOCABLE LIVING TRUST, APPELLEE**

---

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 90,834, Honorable Jeanne Parker, Presiding

---

April 9, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, LaKeshia Wells, appeals from the trial court's *Final Judgment*.[1]  Wells's brief was originally due March 8, 2021, but was not filed.  By letter of March 15, 2021, we notified Wells that the appeal was subject to dismissal for want of prosecution, without

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

further notice, if a brief was not received by March 25.  To date, Wells has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam